**Exhibit A to the Complaint**

**Location:** Hoffman, NJ  **IP Address:** 173.70.51.228
**Total Works Infringed:** 25  **ISP:** Verizon Fios

| Work | Hashes | UTC | Site | Published | Registered | Registration |
|---|---|---|---|---|---|---|
| 1 | Info Hash: 8FCE7D42A6556C1B82F12839B018885BBCF4DB6D<br>File Hash:<br>D2A14C9B3227E4A4B1815A18E02EB1FF7428574E2604DF93DDA9C74A0B8F7ECF | 06-29-2022 04:23:22 | Blacked Raw | 08-05-2019 | 08-27-2019 | PA0002213302 |
| 2 | Info Hash: 2C071D5726E41EDE6397DC9647BF1DB9CC406DF1<br>File Hash:<br>8084D754CFF1A160219A91F7B51F5DDA8685F015A637F13F7B5B1667765CA31B | 06-29-2022 04:23:05 | Vixen | 04-09-2017 | 06-05-2017 | PA0002052836 |
| 3 | Info Hash: CCD9AF74ABFA16F1A5545AC82686F6F30B6F8183<br>File Hash:<br>17A9B318D7D3E8C951917E3AC5341DD69123602006E701D5D325E7BC65C88AB4 | 06-29-2022 04:22:18 | Vixen | 09-26-2019 | 10-01-2019 | PA0002217354 |
| 4 | Info Hash: 0CEAC20A97C692BE4BA6F6D3DBBBF98215436658<br>File Hash:<br>EE61A84D0A948253FD2F89A37ADDACF7AEC34DAB37A805E22DB0402EB300FC11 | 06-29-2022 04:22:12 | Blacked | 03-01-2018 | 04-12-2018 | PA0002091580 |
| 5 | Info Hash: B038E50CE96EA99AC02E1BCF051643E7314A3667<br>File Hash:<br>72EAA4CC3AC4AF5B8AA2AD7BE38FAEC63017FABD2E62BA4876A94B5E05131F37 | 06-29-2022 04:22:01 | Blacked | 09-12-2018 | 11-01-2018 | PA0002143426 |
| 6 | Info Hash: 992FDDD2DE50632349443D9DA5DE56C05C7BE204<br>File Hash:<br>C37448342684445A514A781FDE1DB7B2F63FAAB9039F8BCDF30716B4430D936F | 06-29-2022 04:21:54 | Blacked | 05-10-2017 | 06-22-2017 | PA0002039285 |
| 7 | Info Hash: 30C2E5EEEBDF45D9C83127199FE070EEB091A96C<br>File Hash:<br>363C657260C54421DB941EE3B5764CF3DD8788F6570BF153BC16E19E0081CDC7 | 06-26-2022 14:30:52 | Blacked Raw | 10-19-2020 | 11-05-2020 | PA0002263389 |
| 8 | Info Hash: 258A333186260AC7DE6EEFC19E6A53AB6FDB3F27<br>File Hash:<br>4BC166B220C589E13AA09A8778779D95155F0AEE33FE2033B06D11C826B8C9F9 | 06-26-2022 01:40:21 | Blacked Raw | 07-20-2020 | 08-11-2020 | PA0002252263 |
| 9 | Info Hash: 4B9E0DF0E3594DC1E77FE5C08FA2A6FEA65979DC<br>File Hash:<br>6D0B00FE6045563EFFA36214E2784DFAE617E37E8DBCA72A35C1F9D1D75D314F | 05-23-2022 00:47:55 | Blacked Raw | 02-26-2019 | 03-31-2019 | PA0002163980 |
| 10 | Info Hash: FA9D6E2E36E410E91262751BF876177EB68AC8F9<br>File Hash:<br>EB9E17DAE379436C5C320B4F6D686051E5E07DE9C5FF77B54FDDE8BF45A4900A | 02-18-2022 21:40:28 | Tushy | 01-10-2021 | 02-09-2021 | PA0002276153 |
| 11 | Info Hash: CA2BD24A9E144AAC283890A9F9FBF3997F62FF7D<br>File Hash:<br>61A653C728709F98BA0ABA9E2B93802CF671AD12A19AA043CA4957404FD3BB01 | 02-13-2022 03:32:32 | Blacked Raw | 03-13-2018 | 04-17-2018 | PA0002116738 |

| Work | Hashes | UTC | Site | Published | Registered | Registration |
|---|---|---|---|---|---|---|
| 12 | Info Hash: 4AD7251AF79D92EE4E0D443BDC60BEF82457E4EC<br>File Hash: 72956D86AC4BCED4BA8C9BB25799B73BA488CD84EDEE81C2F05C36B328D56C69 | 01-16-2022 02:42:04 | Tushy | 08-04-2019 | 08-22-2019 | PA0002195508 |
| 13 | Info Hash: 5F75B9CECC4F3FEEA7CE46BEDA2B70A0BA267B19<br>File Hash: 98CDC17BC4D0A858192F41FD54802AA61EC55EE5616632DC63F7F18150DC90BA | 01-16-2022 01:43:57 | Blacked Raw | 06-21-2019 | 08-27-2019 | PA0002213241 |
| 14 | Info Hash: 48CB4C30D04660582C75639C2DCC4DCAD30E4C38<br>File Hash: 7076A3FC2E6C1EB640EB00D981D0B089F53A78229A26DFB02936B0078A9EE169 | 01-16-2022 01:43:23 | Blacked | 09-27-2019 | 10-07-2019 | PA0002205468 |
| 15 | Info Hash: 6F29294D9E162D63944F7402784D49689076D436<br>File Hash: 33354BE74793EF8BC0AF14EA6FD759BBA391760A228AC9F8BAFD8C007BCB8822 | 12-25-2021 17:26:18 | Tushy | 12-07-2019 | 12-17-2019 | PA0002217666 |
| 16 | Info Hash: 2BE97DFA49EF767D94E4040239C494349D409C46<br>File Hash: EBECDE01923BC5F8B50C0700F6BD81D8A5DCE5C823A61C812B675ED1D9613424 | 12-25-2021 04:17:23 | Blacked | 01-30-2021 | 02-26-2021 | PA0002283695 |
| 17 | Info Hash: 1ED7894C730F91D284F9451A87ECDC8F5187BF50<br>File Hash: 38583D10BC13553F985C29BAE89EF5FBF0C3DE0603CF9C41C598EDB9A7D3426E | 11-16-2021 00:35:32 | Blacked Raw | 05-12-2018 | 05-24-2018 | PA0002101380 |
| 18 | Info Hash: EE4E2D333BE36AA0973EFF24E5752B93B6A9CC70<br>File Hash: 8F91DA39430C2711DC1B6E92FB5E47B090DE8E67D9F33620B35E3F3ECA8DA5B4 | 10-31-2021 23:24:34 | Tushy | 08-09-2018 | 09-05-2018 | PA0002135685 |
| 19 | Info Hash: 9E327416325533C3D0F6B592CD2F8F3F70FC1D0A<br>File Hash: BB53292CCC77CAC9E8F30E027AC2F15221938C8CE0E3E907C5957FC576F75245 | 10-31-2021 16:02:28 | Blacked Raw | 11-21-2018 | 12-18-2018 | PA0002141915 |
| 20 | Info Hash: 1C9EF4F47C9DF31FC3FCBF658C0B811B1899F89C<br>File Hash: 586893E43CB7D0015D78CEB0A8BCD237A3DA3E6EA2BDE57CF7D7278B51BC54BC | 10-22-2021 23:59:56 | Blacked Raw | 07-01-2018 | 07-26-2018 | PA0002112161 |
| 21 | Info Hash: 16532C1256F1D8936C056A44AAECF4E274B576EB<br>File Hash: A96D177318D1B6E7045F96F5FC80064D60A1D95D1C3D2CB1273B78D2ED349D5D | 10-22-2021 23:59:20 | Blacked Raw | 03-13-2019 | 04-17-2019 | PA0002186977 |
| 22 | Info Hash: 44F6C759F4752247486CF56C77F44FEA0E1065F2<br>File Hash: B5F3A600958B723AD756C1824A61F32D79C2951D7DE7885026524896D4719DE7 | 10-22-2021 23:58:50 | Tushy | 11-17-2017 | 01-04-2018 | PA0002069336 |
| 23 | Info Hash: 51E7F5813518D8443886B3AFA1F29A82481587CC<br>File Hash: DDF4DAE7189A593533C7366692F2FAA2BBDD3E08E157B4CF4442147D23095782 | 04-23-2021 06:27:36 | Tushy | 02-25-2020 | 04-15-2020 | PA0002245083 |

| Work | Hashes | UTC | Site | Published | Registered | Registration |
|---|---|---|---|---|---|---|
| 24 | Info Hash: AD5C18C1994C5C7C76E738EE43E039563A9A8BD2<br>File Hash:<br>6C8BFD68D9A18180B8BCAC1B5CAF5ED59CA39E57F01E76638702D71B369E3134 | 04-23-2021 02:53:53 | Vixen | 11-15-2019 | 12-03-2019 | PA0002232048 |
| 25 | Info Hash: D870E9A9EFB570C5601C29A4E0E1167ED5E3ABA4<br>File Hash:<br>D09F57061C1E763BE9922FEA13E823573584D2E6CFFCD93DC125E3EC93CA2D3A | 04-23-2021 02:08:13 | Tushy | 05-26-2018 | 07-14-2018 | PA0002128078 |